IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED |
| | ) | OCT 07 2025 |
| Plaintiff, | ) | U.S. DISTRICT COURT |
| | ) | EASTERN DISTRICT OF MO |
| vs. | ) No. | CAPE GIRARDEAU |
| | ) | 1:25CR154SNLJ-ACL |
| STEVEN D. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Timothy J. Willis, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with in Count I, Conspiracy to Damage Property Used in Interstate Commerce by Means of Fire, in violation of Title 18, United States Code, Sections 844(I)&(n), in Count II, Conspiracy to Use Fire to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 844(h)(1)&(m) and in Count IV, Mail Fraud, in violation of Title 18, United States Code, Sections 1341.

2. Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant; (b) defendant's history and characteristics; and (c) the nature and

seriousness of the danger to any person or the community that would be posed by defendant's release, warrant defendant's detention pending trial.

3. There is a serious risk that the defendant will flee.

4. Defendant's is a danger to the community.

5. The facts and circumstances show that on February 22, 2025, at approximately 5:00 a.m. a fire occurred at the Midway restaurant in Puxico, Stoddard County Missouri. The Puxico Fire Department responded to the fire, and numerous other Fire Departments responded for mutual aid due to the size of the fire. In total approximately four businesses in addition to the Midway were destroyed by the fire. Two other businesses incurred damage from smoke and water. Total damages are estimated to be in the millions of dollars. One business owner suffered personal injury as a result of the fire and was treated at a hospital in Dexter Missouri and diagnosed with acute bronchitis secondary to smoke inhalation and possible pneumonitis.

The Midway was co-owned by Steven Phillips and his wife, their son Matthew Phillips and his wife, and Steven Phillips's daughter and her husband. The building housing the Midway was used in activity affecting interstate commerce, as the Midway received and sold food and drink items which had been transported in interstate commerce.

Later in the day on February 22, 2025, Matthew Phillips, on behalf of himself and Steven Phillips transmitted by email, in interstate commerce, a First Notice of Fire claim to the insurance company claiming that the cause of the fire at the Midway was an electrical issue.

On February 27, 2025, an ATF Special Agent / Certified Fire Investigator met with the Phillips as part of the investigation. Steven Phillips stated the structure was insured through Chubb Insurance for 1.5 million and $500,000 for contents. Furthermore, Steven stated that they had $250,000 in business interruption insurance. Steven Phillips told the Agent that they have

been having electrical issues recently, and had a fuse go out in their coolers recently. In addition, he stated the lights had been flickering recently, and they didn't know what may have caused that.

Steven Phillips provided a text message that showed the first fire alarm was at 5:08 am on February 22, 2025. Phillips stated he didn't get the alarm activations that morning due to having his phone on silent but did receive a call from his uncle Larry Doublin who was the Fire Chief about being dispatched to the Midway for a fire. After that call Steven Phillips went to the Midway and unlocked the doors so firefighters could attempt to extinguish the fire.

Firefighters who attempted to penetrate the second floor the morning of the fire had used a thermal camera in an effort to see where the fire was located inside the structure, as thick smoke obscured their normal vision. During an interview on February 27, 2025, Doublin would repeatedly tell investigators, including an ATF Special Agent / Certified Fire Investigator that the firefighters with the thermal camera reported seeing sparks coming from the area of the electrical panel like a "Fourth of July" party. Doublin opined based on the firemen seeing "sparks" as well as what Steven Phillips had told him that the cause of the fire was electrical and indicated that he had not seen any indication of foul play. Doublin also indicated that Steven Phillips had spent about $500,000 to remodel the building within the past two or three years, and that the business was not doing well financially, as the food was overpriced for the community.

The electrician who had worked on the building during a recent remodeling was interviewed and indicated that all the wiring had been redone and that there should not have been any electrical issues with the building. The electrician further stated that flickering with the LED lights is common due to them being on a dimmer switch.

Subsequent investigation determined that the electrical power to the building had been shut off prior to firefighters' entry into the building, so electrical sparks shooting from the panel would not have been possible at that time. Additionally, the firefighters who made entry indicated to investigators that they had neither seen sparks in the area of the electrical panel, nor had they told anyone that they did. An electrical issue was ruled out as the cause of the fire, and investigators subsequently determined that the fire was of incendiary origin.

Investigators located video surveillance footage which showed a silver Dodge Truck with a yellow rear license plate turning into the alley behind the Midway at approximately 4:52 am the morning of the fire. At approximately 5:07 am the truck was observed leaving the area with the fire alarm audible on the surveillance video. One minute later the alarm company notified Steven Phillips by text message that the alarm had been activated.

The Phillips had told investigators that authorized personnel were able to enter the building by use of a security code entered at the back door, and provided a list of names of the people who had the code to the back door. That list included a Dallas P. Landry, who Matthew Phillips stated was a handyman that did work on heating and air conditioning units for the business and was trusted so much that Landry had the security code to Matthew Phillip's house as well.

A registration check for vehicles registered to Dallas Landry indicated that he had a 2018 Silver Dodge Ram, 2500 with Arkansas registration plate CLAZLY, which matched the description of the vehicle seen leaving the scene of the fire. Phone location data showed that Landry left Pocahontas, AR on February 22, 2025, and arrived in the area of the Midway immediately prior to the fire alarm sounding. Landry left immediately after the fire alarm activated and travelled back to Pocahontas.

On April 15, 2025, a non-custodial interview with Dallas Landry was conducted. Landry was advised of and waived his Miranda rights, telling investigators that he had entered the Midway through the back door with the security code he was provided by Matthew Phillips. Landry stated he used lamp oil to start the fire which he poured on the table linen that was stored in the closet under the steps on the first floor. Landry's statements are consistent with the Fire alarm activations that took place on February 22nd, as well as the physical evidence at the fire scene. Landry stated he set the fire at the request of Matthew and Steven Phillips.

Landry was initially approached by Matthew Phillips about burning the Midway down for Matthew and Steven as it was causing a lot of financial stress for Steven Phillips due to loans they had on the property. Matthew told Landry that they are over a million dollars in debt with the Midway and have been spending their personal money to keep the business afloat. Landry stated that Steven Phillips wanted the fire to happen as soon as possible.

Landry stated he did the fire because he was in a financial bind, and owed Matthew Phillips money for several HVAC units that Matthew fronted Landry. Landry was supposed to have some of the debt remitted and was to be given use of a house and some monetary payments in exchange for burning the business.

Prior to the fire Steven Phillips had kept a unique piece of sports memorabilia on display at the Midway Restaurant, namely a display containing an autographed Yadier Molina catcher's vest, a certificate of authenticity and photographs of a baseball game Molina was involved in on April 6, 2017, which was valued at $4,500.00. During the game there was a play in which a ball had stuck to Molina's catchers vest, which was depicted in the photographs in the display.

On March 7, 2025, Steven D. Phillips emailed an official at the Chubb Insurance company and requested that payment be sent by commercial carrier as Phillips had no confidence in the United States Mail getting him the payments in a timely manner.

On March 11, 2025, Steven Phillips emailed to the insurance company, constituting a wire transmission in interstate commerce, an inventory of items which he claimed had been destroyed in the fire. Steven Phillips represented to the insurance company that one of the items destroyed in the fire was the display containing the autographed Yadier Molina catcher's vest, a certificate of authenticity and photographs which had been displayed in the Midway.

March 24, 2025, the Westchester Insurance Company, as a result of the fraudulent claims of Steven and Matthew Phillips sent Steven Phillips via commercial parcel carrier UPS an advance insurance payment check in the amount of $250,000. That check traveled in interstate commerce prior to Steven Phillips receipt of it.

April 23, 2025, the Westchester Insurance Company, again as a result of the fraudulent claims by Steven and Matthew Phillips, sent Steven Phillips via commercial parcel carrier UPS additional payment checks totaling $1,775,000,000. Those checks also traveled in interstate commerce prior to Steven Phillips receipt of them.

After receiving each of the insurance checks Steven Phillips caused the proceeds to be deposited in his account at First Midwest Bank.

Matthew Phillips later told Landry that he and Steven Phillips were worried about the status of the investigation. Matthew told Landry that he didn't want to discuss anything about the fire anymore, and that Steven Phillips wanted Landry to make a fake invoice for the next payment as if Landry had done work on their rental properties. One such payment of $1,100 was

made to Landry on July 8, 2025. The check, on the account of "Phillips Investment Properties, LLC" was given to Landry by Matthew Phillips and was signed Steven Phillips.

As the investigation progressed, investigators developed information which led to search warrants being executed on August 8, 2025, at the residences of both Matthew and Steven Phillips. The warrants authorized the seizure of evidence of the conspiracy to commit arson as well as mail and wire fraud relating to the insurance claims filed by the Phillips. During the execution of the search warrant at Steven Phillips residence Agents noticed the Yadier Molina display which had been reported as having been destroyed in the fire by Steven Phillips hanging on the wall of the "game room" in the house. Steven Phillips noticed Agents looking at the display and volunteered that he "had two of them".

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

_____
TIMOTHY J. WILLIS, #62428 MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736